UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        - v.-

BRIAN HAYES,

        Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/11

S6 08 Cr. 828 (VM)

## RESTITUTION ORDER

It is hereby ORDERED that as follows:

1. As a result of his conviction on Counts One and Two of the above-referenced indictment, defendant Brian Hayes is adjudged liable for restitution in the amount of $120,000, payable to the District Council of Carpenters Benefit Funds ("the Funds"), 395 Hudson Street, New York, New York, 10014-7450, Attention: Executive Director. The restitution amount is an apportioned amount, pursuant to 18 U.S.C. § 3664(i), of the total losses incurred by the Funds relating to Turbo Enterprises, Pitcohn Construction Enterprises, and Pyramid Associates Construction Corp. Co-defendants Michael Forde and John Greaney are jointly and severally liable with Hayes for these losses.

2. Defendant Brian Hayes shall pay 50% of his monthly earnings from any prison employment program toward the restitution amount. Any remaining restitution balance shall be paid in monthly installments of 15% of gross monthly income over a period of supervision to commence 30 days after the date of the release from custody.

So Ordered: 28 April 2011

Hon. Victor Marrero